■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN SINGLETARY, Appellant. [643 NYS2d 448] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN A. BUND, Appellant. [643 NYS2d 448] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Chautauqua County Court, Ward, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ BARTHOLOMEW O'SHEA, Appellant, v ILION MAIN STREET CORPORATION, Respondent. [643 NYS2d 447] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly granted defendant's motion for summary judgment dismissing the complaint. It is undisputed that plaintiff's injury occurred on a brick walkway owned by the Village of Ilion. Liability may not be imposed upon defendant, as the abutting owner, for the allegedly defective condition of the walkway in the absence of proof that defendant created the condition or used the walkway for a special purpose that resulted in plaintiff's injury (see, Reid v Auto Tune Ctrs., 202 AD2d 1047; Mackain v Pratt, 182 AD2d 967, 968). Nor can defendant be held liable for plaintiff's injury by virtue of section 197-3 of the Code of the Village of Ilion (see, Appio v City of Albany, 144 AD2d 869, 870; Haney v First Natl. Stores, 31 AD2d 547, 548). (Appeal from Judgment of Supreme Court, Herkimer County, Parker, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ BARTHOLOMEW O'SHEA, Appellant, v ILION MAIN STREET CORPORATION, Respondent. [643 NYS2d 447] —Appeal unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Herkimer County, Parker, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.